433 A.2d 531

Commonwealth v. Norton, Jr., Appellant.

Argued March 12, 1980. Joseph J. Papandrea, for appellant; Edward J. Zetusky, Jr., Assistant City Solicitor, for Commonwealth, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Judgment of sentence affirmed.